IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) CIVIL ACTION NO. 13-0173-CG-N |
| DAVID B. KENNEDY, | ) |
| Defendant. | ) |

**FINAL JUDGMENT BY CONSENT**

A stipulation for entry of final judgment of consent having been filed by the parties on April 8, 2013 (Doc. 2);

It is **ORDERED, ADJUDGED and DECREED** that judgment is hereby rendered in favor of plaintiff, United States of America, and against defendant, David B. Kennedy, in the amount of $171,137.00 and interest at the legal rate of .13% pursuant to 28 U.S.C. § 1961 from the date of judgment until paid in full. Costs are taxed against the defendant in the amount of $350.00.

**DONE and ORDERED** this 8th day of April, 2013.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE